IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KIRK ALLEN,<br><br>　　Plaintiff,<br>v.<br><br>GREAT WEST CASUALTY COMPANY; GRAMMER INDUSTRIES, INC.; GRAMMER LOGISTICS, INC.; and GLENN SCOTT,<br><br>　　Defendants. | CIVIL ACTION NO.<br>1:22-CV-02724-AT |

## STIPULATION FOR DISMISSAL

It is hereby agreed and stipulated by and between plaintiff and defendants that plaintiff's cause of action against defendants is dismissed with prejudice and that each party shall bear their own costs of suit.

| FRIED GOLDBERG LLC | STONE KALFUS LLP |
|---|---|
| /s/ Briant G. Mildenhall | /s/ Shawn N. Kalfus |
| Joseph A. Fried | Matthew P. Stone |
| Georgia Bar No. 277251 | Georgia Bar No. 684513 |
| Briant G. Mildenhall | Shawn N. Kalfus |
| Georgia Bar No. 790507 | Georgia Bar No. 406227 |
| 3550 Lenox Road NE | Sheetal M. Brahmbhatt |
| Suite 1500 | Georgia Bar No. 142065 |
| Atlanta, GA 30326 | One Midtown Plaza |
| 404-591-1800 (telephone) | 1360 Peachtree Street NE, Suite 1250 |
| 404-591-1801 (fax) | Atlanta, GA 30309 |
| Attorneys for Plaintiff | (404) 736-2600 (telephone) |
| | (877) 736-2601 (facsimile) |
| | Attorneys for Defendants |